UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUNOCO, INC., <br><br> and <br><br> SUNOCO, INC. (R&M), FORMERLY SUN COMPANY, INC. (R&M), <br><br> *Plaintiffs*, <br><br> v. <br><br> ILLINOIS NATIONAL INSURANCE COMPANY, <br><br> *Defendant*. | Civil Action No. 2: 04 CV 04087 - JRP <br><br> Judge John R. Padova |

### STIPULATION OF DISMISSAL WITH PREJUDICE
### AND [PROPOSED] ORDER

WHEREAS Sunoco, Inc. and Sunoco, Inc. (R&M) (together "Sunoco") and Illinois National Insurance Company ("Illinois National") (collectively, the "Parties") have agreed to the Settlement Agreement, Release, And Covenant Not To Sue effective July 24, 2008 (the "Settlement Agreement");

WHEREAS pursuant to the Settlement Agreement, all claims asserted by Sunoco in the above-captioned action are to be dismissed with prejudice;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, by their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed with prejudice and without fees, costs or sanctions as to any Party.

Dated: Dec. 2, 2008

| MORGAN LEWIS & BOCKIUS LLP | SIMPSON THACHER & BARTLETT LLP |
|---|---|
| *Carol C Carty* (signature) | *Seth A. Ribner (w/ permission ecc)* (signature) |
| Carol Choate Carty, Esq.<br>Richard F. McMenamin, Esq.<br>MORGAN LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 963-5331 | Seth A. Ribner, Esq.<br>Chet A. Kronenberg, Esq.<br>SIMPSON THACHER & BARTLETT LLP<br>1999 Avenue of the Stars -- 29th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 407-7500<br>Telefax: (310) 407-7502 |
| David A. Luttinger, Esq.<br>Renier Pierantoni, Esq.<br>MORGAN LEWIS & BOCKIUS LLP<br>101 Park Avenue<br>New York, NY 10178<br>Telephone: (212) 309-6177 | Stephen A. Cozen, Esq.<br>Thomas G. Wilkinson, Jr., Esq.<br>John J. Dwyer, Esq.<br>COZEN O'CONNOR<br>1900 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 665-2000<br>Telefax: (215) 665-2013 |
| Paul A. Zevnik, Esq.<br>MORGAN LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Avenue NW<br>Washington DC 20004<br>Telephone: (202) 739-5755 | |
| *Attorneys for Plaintiffs Sunoco, Inc. and Sunoco, Inc. (R&M), formerly Sun Company, Inc. (R&M)* | *Attorneys for Defendant Illinois National Insurance Company* |

SO ORDERED:

BY THE COURT

_____

John R. Padova, J.