

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUNOCO, INC., <br><br> and <br><br> SUNOCO, INC. (R&M), FORMERLY SUN COMPANY, INC. (R&M), <br><br> *Plaintiffs*, <br><br> v. <br><br> ILLINOIS NATIONAL INSURANCE COMPANY, <br><br> *Defendant*. | Civil Action No. 2: 04 CV 04087 - JRP <br><br> Judge John R. Padova <br><br> FILED <br> DEC - 3 2008 <br> MICHAEL E. KUNZ, Clerk <br> By_____ Dep. Clerk |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AND [PROPOSED] ORDER

WHEREAS Sunoco, Inc. and Sunoco, Inc. (R&M) (together "Sunoco") and Illinois National Insurance Company ("Illinois National") (collectively, the "Parties") have agreed to the Settlement Agreement, Release, And Covenant Not To Sue effective July 29, 2008 (the "Settlement Agreement");

WHEREAS pursuant to the Settlement Agreement, all claims asserted by Sunoco in the above-captioned action are to be dismissed with prejudice;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, by their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed with prejudice and without fees, costs or sanctions as to any Party.

Dated: Dec 2, 2008

| MORGAN LEWIS & BOCKIUS LLP | SIMPSON THACHER & BARTLETT LLP |
|---|---|
| *Carol C. Carty* (signature) | *Seth A. Ribner (w/ permission ccc)* (signature) |

Carol Choate Carty, Esq.
Richard F. McMenamin, Esq.
MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5331

David A. Luttinger, Esq.
Renier Pierantoni, Esq.
MORGAN LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6177

Paul A. Zevnik, Esq.
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue NW
Washington DC 20004
Telephone: (202) 739-5755

*Attorneys for Plaintiffs Sunoco, Inc. and Sunoco, Inc. (R&M), formerly Sun Company, Inc. (R&M)*

SO ORDERED:

Seth A. Ribner, Esq.
Chet A. Kronenberg, Esq.
SIMPSON THACHER & BARTLETT LLP
1999 Avenue of the Stars -- 29th Floor
Los Angeles, CA 90067
Telephone: (310) 407-7500
Telefax: (310) 407-7502

Stephen A. Cozen, Esq.
Thomas G. Wilkinson, Jr., Esq.
John J. Dwyer, Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2000
Telefax: (215) 665-2013

*Attorneys for Defendant Illinois National Insurance Company*

BY THE COURT

_____
John R. Padova, J.   12-3-08

ENTERED
CLERK OF COURT